FILED
MAY - 7 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE LEE ODEMNS III,  )
                         )
          Plaintiff,     )
                         )
v.                       )     Civil Action No. 18-0935 (UNA)
                         )
MURIEL ELIZABETH BOWSER, *et al.*, )
                         )
          Defendants.    )

## MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint mentions terrorism and racketeering, proceedings in the Superior Court of the District of Columbia, and transactions with the government of the District of Columbia. Neither the Court nor the defendants reasonably can be expected to identify a viable legal claim

or prepare a proper response to it. As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). Therefore, the Court will grant the application to proceed *in forma pauperis* and will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: May 7, 2018

_____
United States District Judge